IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK BLACKWELL,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHEX SYSTEMS, INC., et al.,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 19-3419 |

## ORDER

**AND NOW**, this 22nd day of May 2020, upon consideration of Defendant Chex Systems, Inc.'s Motion to Dismiss Plaintiff's Complaint (Doc. No. 27), Plaintiff Mark Blackwell's Response in Opposition to the Motion to Dismiss (Doc. No. 29), Defendant ChexSystems, Inc.'s Reply in Support of Its Motion to Dismiss (Doc. No. 30), the arguments of counsel at the hearing held on December 20, 2019, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant Chex Systems, Inc.'s Motion to Dismiss (Doc. No. 27) is **DENIED**.

Defendant Chex Systems, Inc. is **ORDERED** to file an Answer to the Complaint by June 5, 2020.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.